**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Dennis ZASLOW, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 2001.

Decided Oct. 26, 2001.

---

**3.** I offer no opinion on the majority's additional *dicta* concerning the PCRA court's obligations under the Rules of Criminal Procedure, since there is no issue before us in that regard.

A. Charles Peruto, Burton A. Rose, Philadelphia, for Dennis Zaslow.

Catherine Lynn Marshall, for Commonwealth of Pennsylvania.

Before ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

**PER CURIAM.**

Appeal dismissed as having been improvidently granted.

Chief Justice FLAHERTY did not participate in the consideration or decision of this case.